WILL OF GERLACH: BAVETTA, Respondent, vs. SPOHN and others, Appellants.

*September 10, 1941—January 13, 1942.*

For the appellants there. were briefs by *J. Henry Bennett* of Viroqua, attorney, and *Daniel H. Grady* of Portage of counsel, and oral argument by *Mr. Grady*.

For the respondent the cause was submitted on the briefs of *Wayne B. Schlintz* of Viroqua, guardian *ad litem,* and *William M. Gliess* of Sparta, attorney.

The following opinion was filed November 4, 1941:

FAIRCHILD, J.   The members of the court are equally divided upon this appeal, Chief Justice ROSENBERRY, Mr. Justice FRITZ, and Mr. Justice WICKHEM being of the opinion that the judgment should be affirmed.   Mr. Justice FOWLER, Mr. Justice MARTIN, and the writer are of the opinion that the judgment should be reversed.

Under the rule the judgment appealed from is affirmed.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on January 13, 1942.